**COURT OF CHANCERY**
**OF THE**
**STATE OF DELAWARE**

Sam Glasscock III
VICE CHANCELLOR

CHANCERY COURTHOUSE
34 The Circle
GEORGETOWN, DELAWARE 19947
AND
LEONARD L. WILLIAMS JUSTICE CENTER
500 NORTH KING STREET, SUITE 11400
WILMINGTON, DELAWARE 19980-3734

DATE SUBMITTED: July 2, 2018
DATE DECIDED: July 3, 2018

Dean Campbell, Esquire
Law Office of Dean A. Campbell LLC
20175 Office Circle
Georgetown, DE 19947

Richard E. Berl, Jr., Esquire
Hudson Jones Jaywork & Fisher LLC
34382 Carpenter's Way, Suite 3
Lewes, DE 19958

   RE: Fringer v. Kersey Homes, Inc.
     C.A. No. 9780-VCG

Dear Counsel:

   I have Plaintiff's Motion for Reargument or in the alternative Motion to Amend Memorandum Opinion dated July 2, 2018. No response by Defendants is necessary. Proper grounds for granting a motion for reargument are that the Court, in its decision, has made an error of law or a misapprehension of fact, fundamental to its opinion. Upon review of the Motion, I find that it is without merit and is therefore denied.

   The parties should attempt to agree to the appropriate method of administration of a remedy in this case. I will convene an office conference within two weeks concerning the appropriate remedy. To the extent that the foregoing requires an order to take effect, IT IS SO ORDERED.

          Sincerely,

          /s/ Sam Glasscock III

          Vice Chancellor

cc:  Register in Chancery